## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| EDWARD R. BAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:18-cv-00011-RLY-DML |
| | ) |
| GOLDEN CORRAL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEPOSITION DEADLINE

COMES NOW, the Plaintiff, Edward R. Bay, by counsel, and respectfully requests the Court to extend the deposition deadline by twenty (20) days, up to and including October 26, 2018. In support of his Motion, the Plaintiff states as follows:

1. Pursuant to the Court's Entry and Order from Initial Pretrial Conference dated April 11, 2018, the deposition deadline for this matter is October 6, 2018. This deadline has not yet expired.

2. On June 8, 2018, the undersigned filed his appearance on behalf of Plaintiff.

3. Both parties have diligently engaged in the discovery process.

4. On September 6, 2018, Plaintiff served his Second Set of Interrogatories and Second Request for Production of Documents on Defendant. Such responses are due on October 9, 2018.

5. The additional twenty (20) days are necessary for Plaintiff to receive the responses and determine the decision-makers that will need to be deposed, without court intervention.

6. On September 21, 2018, the undersigned contacted Defendant's counsel about the

proposed Motion. David Woodard, counsel for Defendant, stated he has no objection to the extension to the deposition deadline.

7. This Motion is made in good faith and not made for the purpose of delay.

WHEREFORE, Plaintiff, Edward R. Bay, respectfully requests that this Court extend the deposition deadline by twenty (20) days, up to and including October 26, 2018.

Respectfully submitted,

By: s/Ryan Sullivan
Ryan Sullivan, Atty No. 34217-64
BIESECKER DUTKANYCH & MACER, LLC
8888 Keystone Crossing, Suite 1300
Indianapolis, IN 46240
Telephone: (317)575-4108
Facsimile: (812)424-1005
E-Mail: rsullivan@bdlegal.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to confirm that a copy of the foregoing was electronically filed on October 5, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and the filing may be accessed through that system.

*Counsel for Defendant*

Alvin Jackson Finklea, III
SCOPELITIS GARVIN LIGHT & HANSON
10 West Market
Ste. 1500
Indianapolis, Indiana 46204
Email: jfinklea@scopelitis.com

David Lester Woodard
POYNER SPRUILL LLP
301 Fayetteville Street
Ste. 1900
Raleigh, North Carolina
Email: dwoodard@poynerspruill.com

s/ Ryan Sullivan
Ryan Sullivan
